UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK WHITE,

     Plaintiff,

v.                                                                     Case No. 13-15073

PAUL KLEE, LEE McROBERT, and                          HON. AVERN COHN
LOUIS CONDON,

     Defendants.

_____/

### ORDER DENYING PLAINTIFF'S MOTIONS FOR
### "FOR INJUNCTIVE RELIEF, et al" (Doc. 252)
### "EMERGENCY INJUNCTION" (Doc. 257)
### AND
### "TO SUPPLEMENT" (Doc. 259)
### AND
### STAYING FURTHER MOTIONS UNTIL PENDING MOTIONS FOR SUMMARY
### JUDGMENT ARE RESOLVED

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff is proceeding

pro se and in forma pauperis. The matter was referred to a magistrate judge for pretrial

proceedings. (Doc. 12). Following motion practice and several reports and

recommendations which were adopted by the Court, plaintiff's remaining claims relate to

his refusal to "snitch" on fellow inmates and the alleged failure of Paul Klee, the Warden

at the Gus Harrison Facility, Lee McRobert, the Deputy Warden, and Louis Condon, a

Resident Unit Manager ("defendants") to properly protect him from gang members. In

other words, plaintiff is asserting a First Amendment retaliation claim.

After the magistrate judge certified that the pretrial proceedings were completed,

(Doc. 201), the parties were permitted to file cross motions for summary judgment

directed at the merits of plaintiff's claims. (Docs. 239, 243).  The motions are now fully briefed and are awaiting decision by the undersigned.

Meanwhile, plaintiff has filed several motions, including a "Motion for Injunctive Relief and for Telephonic Hearing for Fines, Fees, for Contempt..."  (Doc. 252), a "Motion for Emergency Injunction," (Doc. 257), and a "Motion to Add Supplemental Information to Emergency Injunction."  (Doc. 259).

The motions are DENIED.

Further, no further motions shall be filed until after the Court rules on the pending summary judgment motions.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 9/5/2019
Detroit, Michigan